UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.4:08-CR-5-SEB-MGN |
| | ) | |
| ERIC RAND WILSON, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated March 27, 2014, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of time served, from November 15, 2013 to the present, plus one day. Upon release from confinement, Mr. Wilson shall be returned to supervised release for a term of life with the same terms and conditions previously imposed, as well as the added conditions of substance abuse testing and/or treatment, and that the defendant shall reside at the Volunteers of America facility in Indianapolis for a period of six (6) months.

IT IS SO ORDERED.


Date: _____

Copies to:

All electronically registered counsel via CM/ECF

U.S. Marshal
U.S. Probation